**No. 41411.**—Petition 5667–R of Bruno Bagnoli (Galveston).

Opinion by TILSON, J. The petition was dismissed.

BEFORE THE THIRD DIVISION, MAY 25, 1939

**No. 41412.**—Protest 948175–G of J. Jolles Studios, Inc. (New York).

Opinion by CLINE, J. It appeared that the articles in question were imported from Austria to display the collection at various department stores and that it was not the intention to leave the articles in the United States. The appraiser found that five or six were produced prior to 1830. As they were not imported for sale the protest was sustained on the authority of Abstract 39144.

**No. 41413.**—Protest 908975–G/86658 of E. L. McConnaughey & Co., Inc. (Chicago).

Opinion by CLINE, J. On the authority of *Aronoff Galleries* v. *United States* (C. D. 51) the contention that additional duty under section 489 should not have been assessed was overruled in the absence of a claim of unconstitutionality in the protest. On the evidence presented it was found that the "Pine Bureau Serpentine front" and the "Cherry Tambourine Desk" are artistic antiquities produced prior to the year 1830. As to such articles the protest was sustained and the collector directed to reliquidate the additional duty assessed under section 489. The claim as to the urn and the tables was overruled.

**No. 41414.**—Protest 827105–G of Geo. W. Cole & Co. (New York).

Opinion by EVANS, J. On the authority of *Toledano Corp.* v. *United States* (C. D. 129) the protest was overruled.

**No. 41415.**—Protest 795501–G of McLaughlin Gormley King Co. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of Abstract 37263 the laurel leaves in question were held free of duty as crude vegetable substances under paragraph 1722 as claimed.

**No. 41416.**—Protest 894926–G of C. R. Cheney Co. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel the claim that an allowance should have been made in the weight of the cheese in question for the foil and paper wrappings was sustained. Abstracts 36724 and 38185 followed.